UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Theresa Ann Hankersen

Write the full name of each plaintiff.

____CV_____
(Include case number if one has been assigned)

-against-

Path Jobs, HIPPA, Project Renewal, Sacth Brooklyn Hospital, NYCHA, Google, Dark web site, vintage TV, Onion webs site, Post offices, IRS

Desiree Ellis

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

2024 FEB 21 PH 2:37
RECEIVED SDNY PRO SE OFFICE

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☑ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*I Beening Catfish, I went for job placements with path for job, they had referral to Project Renewal, with all of my Certifications, credentials.*

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, *Theresa Ann Hankerson*, is a citizen of the State of
(Plaintiff's name)

*3645 Nostrand Ave 2C Brooklyn NY 11229*
(State in which the person resides and intends to remain)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Googles weB,__ , is a citizen of the State of
(Defendant's name)

__New York City__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of __New York City__

and has its principal place of business in the State of __New York City__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __New York City__ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Theresa__     __Ann__     __Hankerson__
First Name       Middle Initial    Last Name

__3645 Nostrand 2C Brooklyn__
Street Address

__Kings__          __NewYork__        __11229__
County, City                  State                 Zip Code

__929-478-2889__   __TheresaHankerson0@gmail.com__
Telephone Number        Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **HIPPA**
First Name / Last Name

Department of Health
Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
New York    N-YC
County, City    State    Zip Code

Defendant 2: **Post Office**
First Name    Last Name

Sup
Current Job Title (or other identifying information)

East 19 St
Current Work Address (or other address where defendant may be served)

Brooklyn    N.Y.
County, City    State    Zip Code

Defendant 3: **IRS**
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
Kansas City
County, City    State    Zip Code

Desiree Ellis
3645 Nostrand 2D
Brooklyn New York 11229

Page 4

Defendant 4: Path Jobs
First Name        Last Name

Manger
Current Job Title (or other identifying information)

65  East 35, Building 65
Current Work Address (or other address where defendant may be served)

New York
County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: For Years to Present

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I went to go gesistion on path for JoBs I Had registration at path for joB Do to what going on the weB site threw google TV onion weB, Dark weBs I Being catfish and discriminated, cybebulling, these agencies is catfishing me bulling me, violated my constitutional rights, what going on is that these placese is not acceptance me. also Im going threw prejudice as well, on July 23, 2023 Next door neighbor, they call EM. for me Theresa Ann Hankerson to the I decided to go so when I got there I told the Doctor that it okay I will like to sign my self out, of the emergency

the call the security, and give me a needle they had restrain me held me over my wall, keep me In the Hospital from July 23 to Aug 4 of 2023, this is so hartible what I'm going threw, HIPPA Been Violated my rights for years my DNA is Being pass to celler phone Tmoble Scientist technology,

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was Hit in the face wAh a locker I went to the Hospital, also wAh a the Bullying out side Because of the weB site they created

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Compensation, Moving forward wAh my career, Press charges on Desiree Ellis, Sue HIPPA, Protective Custody Move Out of that Place

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 2/21/2024

Plaintiff's Signature: Theresa Ann Henderson

First Name: Theresa
Middle Initial: Ann
Last Name: Henderson

Street Address: 3645 Nostrand Ave 3C

County, City: Brooklyn
State: New York
Zip Code: 11229

Telephone Number: 929-478-2889
Email Address: TheresaHenderson0@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7