UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA HANKERSON,

                Plaintiff,

-against-

HIPPA, DEPARTMENT OF HEALTH, et al.,

                Defendants.

24-CV-1402 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    The Court dismissed this case on August 26, 2024, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk of Court entered judgment on August 26, 2024, and terminated the case on the same day. On December 12, 2024, Plaintiff filed a notice of motion requesting a "change" of judge. (ECF 14-15.)

    As this case is closed, no further activity shall take place in this matter. The Court therefore denies Plaintiff's motion as unnecessary. The Clerk of Court is directed to terminate the motion at ECF 10. This action remains closed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  June 17, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge